IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASE NEW HOLLAND INDUSTRIAL, INC., and CNH INDUSTRIAL AMERICA LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and CHETAN PATEL, Federal Investigator,<br><br>        Defendants. | Civil Action No. 1:13-cv-01176-RBW |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

By Order dated September 22, 2015, this Court allowed the filing of the Amended Complaint of Case New Holland Industrial, Inc. and CNH Industrial America LLC in this action. ECF ##40-41.

By letter dated September 23, 2015, the District Director of the Defendant Equal Employment Opportunity Commission (EEOC) for the EEOC Philadelphia District Office notified Plaintiffs that the EEOC had terminated its investigation under the Age Discrimination in Employment Act, 26 U.S.C. § 621 *et seq.*, of Plaintiffs under EEOC Charge No. 530-2011-01697.

Based on the EEOC's termination of its investigation and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with there being no service upon Plaintiffs of an Answer or a Motion for Summary Judgment, Plaintiffs hereby voluntarily dismiss this action without prejudice.

Dated:  October 28, 2015	Respectfully submitted,

CASE NEW HOLLAND INDUSTRIAL, INC.
CNH INDUSTRIAL AMERICA LLC


By: /s/  Mark Casciari
Mark Casciari (admitted *pro hac vice*)
mcasciari@seyfarth.com
Laura Reasons (admitted *pro hac vice*)
lreasons@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Alan I. Baron (D.C. Bar No. 340273)
abaron@seyfarth.com
SEYFARTH SHAW LLP
975 F Street NW
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

*Counsel for Plaintiffs Case New Holland*
*Industrial, Inc. and CNH Industrial America LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2015, I caused the foregoing Notice of Dismissal Without Prejudice to be served through the Court's ECF filing system on the following counsel of record:

>Colleen Adams Jackson
>U.S. Equal Employment Opportunity Commission
>Office of Legal Counsel
>131 M Street, NE
>Washington, D.C.  20507
>Colleen.jackson@eeoc.gov


>>/s/ Mark Casciari
>>Mark Casciari

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASE NEW HOLLAND INDUSTRIAL, INC., and CNH INDUSTRIAL AMERICA LLC,<br><br>       Plaintiffs,<br><br>    v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and CHETAN PATEL, Federal Investigator,<br><br>       Defendants. | Civil Action No. 1:13-cv-01176-RBW |

## **ORDER**

AND NOW, upon consideration of Plaintiffs' Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that all claims asserted by Plaintiffs Case New Holland Industrial, Inc. and CNH Industrial America LLC against Defendants Equal Employment Opportunity Commission and Chetan Patel are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Date: _____

                                  _____
                                  The Honorable Reggie B. Walton
                                  United States District Judge