# United States Court of Appeals
## For The District of Columbia Circuit

**No. 14-5291**  September Term, 2015

1:13-cv-01176-RBW

Filed On: November 2, 2015

Case New Holland Industrial, Inc. and CNH Industrial America LLC,

      Appellants

      v.

Equal Employment Opportunity Commission and Chetan Patel,

      Appellees

### ORDER

Upon consideration of the motion to dismiss for lack of jurisdiction and the opposition thereto; the motion to hold in abeyance; and the motion for voluntary dismissal, it is

**ORDERED** that the motion for voluntary dismissal be granted. It is

**FURTHER ORDERED** that the remaining motions be dismissed as moot.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:  /s/
      Robert J. Cavello
      Deputy Clerk

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By _____ Deputy Clerk